## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sandra Grazzini-Rucki individually and on behalf of her children, N.J.R., S.V.R., G.J.R., N.G.R., and G.P.R., on behalf of themselves and all others similarly situated,

                Plaintiffs,

vs.

David L. Knutson, an individual, John and Mary Does 1-20,

                Defendants.

Civil File No. 0:13-cv-02477 (SRN/JSM)

**SECOND AFFIDAVIT OF ALETHEA M. HUYSER**

STATE OF MINNESOTA )
                 ) ss.
COUNTY OF RAMSEY   )

ALETHEA M. HUYSER, being first duly sworn, deposes and says:

1.    I am an Assistant Attorney General with the Minnesota Attorney General's Office, and I represent Defendant David L. Knutson in the above captioned matter.

2.    Attached hereto as Exhibit 43 is a true and correct copy of the September 25, 2013 Order and Memorandum, and attached exhibits thereto.

3.    Attached hereto as Exhibit 44 is a true and correct copy of the November 25, 2013 Findings of Fact, Conclusions of Law, Order for Judgment and Decree Regarding Custody, Parenting Time, and Child Support.

4.    Attached hereto as Exhibit 45 is a true and correct copy of the Dakota County Complaint-Summons for Misdemeanor or Petty Misdemeanor (Oct. 2, 2013).

5.      Attached hereto as Exhibit 46 is a true and correct copy of correspondence between Dakota County Attorney's Office, Ms. Michelle MacDonald, and the undersigned.   To my knowledge, Defendant has not been served with a copy of the subpoenas directed to any Dakota County officials and referenced therein.

6.      Attached hereto as Exhibit 47 is a true and correct copy of Sandra Grazzini-Rucki's Notice Of Appeal to Minnesota Court of Appeals and Statement of Case.

FURTHER YOUR AFFIANT SAYETH NOT.

 s/ Alethea M. Huyser
ALETHEA M. HUYSER

Subscribed and sworn to before me on
this 28th day of October, 2013.

s/ Barbara J. Fehrman
NOTARY PUBLIC
My Commission expires Jan. 31, 2015