# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Sandra Sue Grazzini-Rucki,
*individually and on behalf of her children,
N.J.R., S.V.R., G.J.R., N.G.R., and G.P.R.,
on behalf of themselves and all others
similarly situated,*

          Plaintiff,

v.

David Knutson, et al.,

          Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. District Judge

| | |
|---|---|
| Case No: | 13-CV-2477 SRN/JSM |
| Date: | January 10, 2014 |
| Court Reporter: | Heather Schuetz |
| Courthouse: | St. Paul |
| Courtroom: | 7B |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 3:35 p.m. |
| Time in Court: | 1 Hour & 35 Minutes |

Hearing on: **Defendant Knutson's Motion to Dismiss the Amended Complaint and/or for Summary Judgment [Doc. No. 21]**

APPEARANCES:

    Plaintiff:    Michelle Lowney MacDonald
    Defendant:    Alethea M Huyser

PROCEEDINGS:

The motion was submitted, argued, and taken under advisement.

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

                                        s/LPH
                                 Courtroom Deputy