

# MacDonald
## LAW FIRM

Mailing & Delivery
1069 So. Robert Street
W. St. Paul, MN 55118
Main: (651) 222-4400
Fax: (651) 222-1122

April 3, 2014

Judge Susan Richard Nelson
Warren E. Burger Federal Building
And U.S. Courthouse
316 North Robert Street
St. Paul, Minnesota 55101

RE: Sandra Grazzini-Rucki, et al v. David L. Knutson, et al;
Court File No.: 0:13-CV-02477 (SRN/JSM)

Dear Judge Nelson:

Our correspondence of February 18, 2014 is enclosed, along with Ms. Huyser's responsive letter, dated March 14, 2014, for your reference. We request to supplement the record further, in conjunction with an email from your clerk, Lynn Holden, on March 31, 2014:

13. On February 28, 2014, Judge Metzen ruled that Plaintiff Sandra Grazzini-Rucki's attorney's 4th Amendment rights were violated by unlawful search and seizure by the deputies, who testified they were given verbal instructions by Defendant David Knutson on September 12, 2013 for the search.

14. On March 31, 2014, Judge Metzen dismissed the contempt charge against Ms. Grazzini Rucki's attorney for no probable cause. State v. Michelle MacDonald Shimota, Dakota County Court file no. 19HA-CR-13-2934.

15. The security video of the courtroom and courthouse jail of September 12, 2014 trial is available, as submitted to Judge Metzen, depicting Plaintiff's attorney's participation in Plaintiff Sandra Grazzini-Rucki's court trial in handcuffs and a wheel chair, with no eye glasses, no shoes, no files, no pen, no paper, and without Plaintiff, Sandra Grazzini-Rucki.

All of the evidence submitted has been without the benefit of discovery, due to Defendant's pending motion to dismiss. We had subpoenaed the security video, which continues to be withheld by third parties, but was made available to Judge Metzen. We respectfully requested to supplement the record before you rule on the motion to dismiss/and for summary judgment.



Saint Paul & Suburbs ♦ 1069 So. Robert Street ♦ W. St. Paul, MN 55118 ♦ Office: (651) 222-4400
Minneapolis & Suburbs ♦ 3300 Edinborough Way - Suite 550 ♦ Edina, MN 55435 ♦ Office: (952) 746-4243
Stillwater & Surroundings ♦ 6351 St. Croix Trail ♦ Stillwater, MN 55082 ♦ Office: (651) 455-5529

Very truly yours,

MACDONALD LAW FIRM, LLC

Michelle L. MacDonald
Attorney at Law

MLM/das

cc: Sandra Grazzini-Rucki
     Alethea Huyser, Esq.